UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL KLIMOVICH, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>MIDLAND CREDIT MANAGEMENT, INC.; JOHN DOES 1-50 and ABC CORP. 1-50.<br><br>      Defendants. | Docket No.: _____<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

  **PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Credit Management, Inc. ("Midland") hereby gives notice of the removal of this action from the Superior Court of New Jersey, Law Division Civil Part, Essex County, where it is now pending, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, Defendant Midland states:

  1. On or about May 3, 2022, Plaintiff filed a complaint in this action styled *Michael Klimovich, on behalf of himself and all others similarly situated, v. Midland Credit Management, Inc., JOHN DOES 1-50 and ABC CORP. 1-50,* bearing Docket No.: ESX-L-002637-22 before the Superior Court of New Jersey, Law Division, Civil Part, Essex County. A copy of the Complaint is annexed hereto as Exhibit A.

  2. Upon information and belief, Plaintiff has yet to serve a copy of the Complaint upon Midland.

  3. The Complaint alleges, in sum and substance, that Midland violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Midland denies that it violated the

law in any way.  Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. This Notice of Removal is timely filed within thirty (30) days after Midland first received a copy of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.

5. A civil cover sheet and the payment of the required filing fee accompany this Notice.

6. Written notice of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division, Civil Part, Essex County.

**WHEREFORE,** Defendant Midland respectfully requests that this action be removed from the Superior Court of New Jersey, Law Division Special Civil Part, Essex County to the United States District Court for the District of New Jersey.

Dated:   New York, New York
         July 8, 2022

                              HINSHAW & CULBERTSON LLP
                              *Attorneys for Defendant,*
                              Midland Credit Management, Inc.

                       By:    *s/ Kenny G. Oh*
                              Kenny G. Oh, Esq.
                              Han Sheng Beh
                              800 Third Avenue, 13th Floor
                              New York, New York 10022
                              Tel: 212-471-6200

To:   Lawrence C. Hersh, Esq.
      17 Sylvan Street, Suite 102B
      Rutherford, New Jersey 07070
      (201) 507-6300
      *Attorney for Plaintiff,*
      Michael Klimovich

2